FILED
NOV 13 2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION**

| | | |
|---|---|---|
| THOMAS RUUD and LINDA RUUD, *Plaintiffs,* | ) | No. 06-C-50032 |
| *vs.* | ) | Judge Kapala |
| MCLEODUSA INCORPORATED and MCLEODUSA TELECOMMUNICATIONS SERVICES, INC., *Defendants.* | ) | Magistrate Judge Mahoney |

**ORDER STIPULATION REGARDING**
**DAMAGES DISCOVERY AND BRIEFING**

Plaintiffs and defendants jointly stipulate as follows and ask the Court to enter their stipulation as an agreed order:

1. On November 3, 2008, Judge Kapala entered an order in this case holding that (a) defendants' motion related to plaintiffs' damages ("Defendants' Motion To Strike And/Or Preclude Punitive Damages Claim And To Establish Maximum 'Mesne Profits,'" Docket No. 91) should be briefed and heard on the merits; and (b) plaintiffs should have the opportunity to depose certain witnesses before responding to defendants' motion.

2. In response to the Court's order, the parties have stipulated that plaintiffs shall have until December 24, 2008 to take depositions of the following witnesses: Michelle McLaughlin, George Spengler, and Robert Probasco. Counsel for defendants has agreed to arrange for the depositions of Ms. McLaughlin and Mr. Spengler, who are McLeodUSA employees. Counsel for defendants will attempt to arrange for the deposition of Mr. Probasco, but counsel notes that Mr. Probasco is not employed by or otherwise under the control of McLeodUSA and that cooperative arrangements may not be possible.

3. Plaintiffs' shall respond to defendants' motion on or before January 15, 2009.

4. Defendants shall file a reply brief, if any, on or before January 29, 2009.

5. This case is set for a telephonic status hearing on 1/14/09 at 9:45AM

SO STIPULATED:

By: s/ Daniel J. Weiss
Counsel for Defendants
Daniel J. Weiss, Bar No. 6256843
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: (312) 222-9350
Facsimile: (312) 840-7517
dweiss@jenner.com

By: s/ Craig P. Thomas
Counsel for Plaintiffs
Reno, Zahm, Folgate, Lindberg & Powell
2902 McFarland Road
Suite 400
Rockford , IL 61107
(815)987-4050
cpt@renozahm.com

SO ORDERED:

P. Michael Mahoney 11/13/08
Hon. P. Michael Mahoney Dated

Case 3:06-cv-50032 Document 104 Filed 11/10/2008 Page 3 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that caused the foregoing **STIPULATED ORDER REGARDING DAMAGES DISCOVERY AND BRIEFING** to be served upon the counsel listed below by overnight courier and means of electronic mail to the addresses registered with the Court's ECF system, this the 10th day of November 2008:

Jack D. Ward
Craig P. Thomas
Reno & Zahm LLP
2902 McFarland Road, Suite 400
Rockford, IL 61107
Telephone: (815) 987-4050
Facsimile: (815) 987-4092

Respectfully submitted,

McLEODUSA INCORPORATED and
McLEODUSA TELECOMMUNICATIONS
SERVICES, INC.

By: s/ Daniel J. Weiss
One of their Attorneys

Daniel J. Weiss, Bar No. 6256843
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: (312) 222-9350
Facsimile: (312) 840-7517
dweiss@jenner.com